55 A.3d 99

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent

v.

Anthony JOHNSON, Petitioner.

No. 140 EM 2012.

Supreme Court of Pennsylvania.

Oct. 16, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October, 2012, in response to the Application for Relief, it is noted that this Court issued an

138

order on April 11, 2012 directing the Court of Common Pleas of Philadelphia County to dispose of Petitioner's pending Post Conviction Relief Act petition within 90 days. See 173 EM 2011. The lower court has not complied with our order.

It is **ORDERED** that the lower court dispose of Petitioner's petition within 60 days of this order.